# EXHIBIT A

## GREGORY FILLO

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Now and Forever | Paid Vacation | 210-246 |
| UMG Recordings, Inc. | Ja Rule | Between You and Me | Rule 3:36 | 270-080 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Deep | Ten | 137-787 |
| Elektra Entertainment Group Inc. | The Cure | Just Like Heaven | Kiss Me, Kiss Me, Kiss Me | 82-714 |
| BMG Music | O-Town | Baby I Would | O-Town | 294-872 |
| UMG Recordings, Inc. | DMX | Ruff Ryders' Anthem | It's Dark And Hell Is Hot | 252-613 |
| BMG Music | Lonestar | I'm Already There | I'm Already There | 298-550 |
| BMG Music | Tyrese | I Like Them Girls | 2000 Watts | 293-345 |
| Arista Records LLC | Outkast | Rosa Parks | Aquemini | 264-092 |
| Priority Records LLC | Snoop Dogg | Gin & Juice II | Da Game Is To Be Sold, Not To Be Told | 260-056 |