UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CAPTIOL RECORDS, INC., a Delaware Corporation; UMG RECORDINGS, INC., a Delaware Corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general Partnership; ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware Corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS, LLC, a Delaware Limited Liability Company; and PRIORITY RECORDS, LLC, a California Limited Liability Company | : | |
| v. | : | C.A. No: 07-002 |
| GREGORY FILLO | : | |

**ANSWER**

Now comes the Defendant in the above-captioned matter and hereby answers Plaintiffs' Complaint as follows:

1. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

2. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

3. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

4. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

5. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

6. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

7. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

8. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

9. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

10. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

11. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

12. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

13. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

14. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

15. Denied.

16. Defendant neither admits nor denies the allegation contained herein but leaves the Plaintiffs the their necessary proof thereof.

17. Denied.

18. Denied.

19. Denied.

**WHEREFORE,** Defendant demands judgment dismissing the Plaintiff's Complaint and for his costs.

Defendant,
By His Attorneys,

/s/Peter J. Comerford, #3588
COIA & LEPORE, LTD.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax

**SPECIAL DEFENSES**

1. Defendant asserts the defense of the statute of limitations.

2. Defendant asserts by way of affirmative defense that the provisions of the Copyright Act regarding statutory damages are in Constitutional violation of the substantive and procedural due process rights.

3. Defendant asserts the defense of insufficiency of process.

4. Defendant asserts the defense of insufficiency of service of process.

Defendant,
By His Attorneys,

/s/ Peter J. Comerford, #3588
COIA & LEPORE, LTD.
226 South Main Street
Providence, RI 02903
(401)751-5522
(401)751-8383 fax

**CERTIFICATION**

I hereby certify that I served by electronic means of copy of the within to James E. O'Neil, Esquire, The Meadows, Suite A103, 1130 Ten Rod Road, North Kingstown, RI 02852 on this 14th day of February, 2007.

/s/ Peter J. Comerford, #3588