**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CAPITOL RECORDS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Gregory Fillo,<br><br>Defendant. | Civil No. 1:07-CV-00002-ML-DLM<br><br>Honorable Judge Mary Lisi |

**NOTICE OF SETTLEMENT AND REQUEST TO STAY CASE FOR 45 DAYS**

Plaintiffs, Capitol Records, *et al.* ("Plaintiffs"), by and through their undersigned counsel, hereby notify this Court that the parties have reached a settlement in principle in this case. Plaintiffs therefore request that this Court stay the April 10, 2007 pre-trial conference and all deadlines in this case for 45 days to allow the parties to finalize their settlement agreement and submit the appropriate paperwork with the Court.

Plaintiffs have spoken with counsel for Mr. Fillo and he consents to the filing of this Notice.

Respectfully Submitted,

Dated: March 30, 2007

By: /s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 30, 2007 a copy of the foregoing was served upon the Defendant via United States Mail as follows:

Peter J. Comerford
COIA & LEPORE, LTD.226 South Main Street
Providence, RI 02903
*Attorney for Defendant*

/s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852