**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and PRIORITY RECORDS LLC, a California limited liability company,

Plaintiffs,

v.

Gregory Fillo,

Defendant.

Civil No. CA 07-02ML

Judge Mary M. Lisi

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), Plaintiffs CAPITOL RECORDS, *et al.*, and Defendant Gregory Fillo, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/ own costs and fees.

The parties request that the Clerk of Court now close this case.

**/s/James E. O’Neil, Esq.**
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; ARISTA RECORDS LLC; and PRIORITY RECORDS LLC

**/s/ Peter J. Comerford**
Peter J. Comerford
COIA & LEPORE, LTD.
226 South Main Street
Providence, RI 02903
State Bar No. ________
Telephone: (401)751-5522
Facsimile: (401)751-8383

Attorneys for Defendant